Marshal Shichtman, Esq. (MDS 4012)
Marshal Shichtman & Associates, P.C.
One Old Country Road
Suite 498
Carle Place, New York 11514
Tel 516.741.5222
Fax 516.741.5212

**Attorney for Plaintiffs: Phillip Burkhardt & Elsie Burkhardt**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT FOR NEW YORK
------------------------------------------------------------------------x   HON. J. PLATT
Phillip Burkhardt & Elsie Burkhardt

**STIPULATION OF DISCONTINUANCE**

Plaintiff(s),

-against-

AuctionDiner.com f/k/a BidBay.com, George Tannous
& Affiliates, Inc., George Tannous, Jon Montgomery,     Index No.:
Wester S. Cooley, L. Yvonne Hoek, Mike Burman,          CV-05-2974

Defendant(s)
------------------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure, Rule 41 (a) (1), *Dismissal of Action by Stipulation*, Plaintiffs, Philip Burkhardt and Elsie Burkhardt, by and through their Attorney, Marshal Shichtman & Associates, P.C., hereby stipulate to the consummated settlement and subsequent discontinuance with prejudice of the instant litigation against all parties.

The parties hereunder hereby stipulate that signatures may be compiled disjunctively, either by facsimile or original, to compromise a whole duly executed document.

MARSHAL SHICHTMAN & ASSOCIATES, P.C.           ANCHOR LAW GROUP

_____                 _____
By: Marshal Shichtman, Esq.                    By: Barzin Barry Sabahat, Esq.
*Attorney for Plaintiffs*                      *Attorney for Defendant George Tannous*

LAW OFFICES OF RUSSELL K. STATMAN

_____
By: Russell, K. Statman, Esq.
*Local Counsel for Defendants AuctionDiner.com & Mike Burman*